AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York
By:  ANTHONY J. SUN
       Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:  (212) 637-2810
Facsimile:  (212) 637-2786
E-mail: anthony.sun@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
| | | |
|---|---|---|
| IN RE: | : | APPLICATION FOR AN |
| | : | *EX PARTE* ORDER PURSUANT |
| LETTER ROGATORY FOR | : | TO 28 U.S.C. § 1782(a) |
| INTERNATIONAL JUDICIAL | : | |
| ASSISTANCE FROM THE COURT OF | : | 20-mc-289 |
| FIRST INSTANCE NO. 14 | : | |
| BARCELONA, SPAIN, IN THE MATTER | : | |
| OF CONTENTIOUS DIVORCE | : | |
| NO. 824/2019-4 | : | |

-------------------------------------------------------x

Upon the accompanying declaration of Anthony J. Sun, executed on August 17, 2020, the United States of America, by its attorney, Audrey Strauss, Acting United States Attorney for the Southern District of New York, petitions this Court for an order pursuant to 28 U.S.C. § 1782(a), appointing Anthony J. Sun, Assistant United States Attorney, as Commissioner for the purpose of obtaining information as requested by a letter rogatory for International Judicial Assistance from the Court of First Instance No. 14, Barcelona, Spain, seeking information from McKinsey & Company, Inc., in New York, New York, in connection with a proceeding pending in that court captioned "In the Matter of Contentious Divorce No. 824/2019-4."

Dated:   New York, New York
        August 17, 2020

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney for the
    Southern District of New York

By:   \_s/ Anthony J. Sun_____
    ANTHONY J. SUN
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Tel:   (212) 637-2810
    Fax:   (212) 637-2786
    Email: anthony.sun@usdoj.gov